AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

SHARI PROESEL and PAMELA HOSIE,
Individually and on behalf of all
others similarly situated,
                      Plaintiffs,
              V.
COLGATE-PALMOLIVE COMPANY EMPLOYEE
EMPLOYEE RETIREMENT INCOME PLAN,
and COLGATE-PALMOLIVE COMPANY,
As Plan Administrator,
                      Defendants

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 9515

JUDGE JONES

TO: (Name and address of Defendant)

COLGATE-PALMOLIVE COMPANY, As Plan Administrator
Of The Colgate-Palmolive Company Employee
Retirement Income Plan
300 Park Avenue
New York, NY 10022

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

EDGAR PAUK, ESQ.
144 East 44th Street, Suite 600
New York, New York 10017
(212) 983-4000

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                       OCT 2 4 2007

CLERK _/s/ Marcos Quintero_                        DATE

(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK Attorney: EDGAR PAUK-654

| | |
|---|---|
| SHARI PROESEL ET ANO | Index #: 07 CIV 9515 |
| Plaintiff(s) | |
| - against - | Date Filed: |
| COLGATE-PALMOLIVE COMPANY EMPLOYEE RETIREMENT INCOME PLAN, AND COLGATE-PALMOLIVE COMPANY | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

BYRAN E. MCELDERRY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on October 31, 2007 at 03:45 PM at

300 PARK AVENUE 1ST FLOOR
NEW YORK, NY10022

deponent served the within true copy of the SUMMONS & COMPLAINT on COLGATE-PALMOLIVE COMPANY, the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to MR. ROBERT MARTIN personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the EXECUTIVE DIRECTOR thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 48 | 6'1 | 225 |

Sworn to me on: November 1, 2007

| | | | |
|---|---|---|---|
| Linda Forman | Robin M. Forman | Larry Yee | **BYRAN E. MCELDERRY** |
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 869802 |
| No. 01FO5031305 | No. 01FO6125415 | No. 01YE5015682 | Docket #: 516787 |
| Qualified in New York County | Qualified in New York County | Qualified in New York County | |
| Commission Expires August 1, 2010 | Commission Expires April 18, 2009 | Commission Expires July 26, 2009 | |