## IN THE UNITED STATES DISTRICT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARI PROESEL, and<br>PAMELA HOSIE, et al.<br><br>          Plaintiffs,<br><br>     vs.<br><br>COLGATE-PALMOLIVE COMPANY<br>EMPLOYEES' RETIREMENT INCOME<br>PLAN, COLGATE-PALMOLIVE<br>COMPANY, as Plan Administrator,<br><br>          Defendants. | Case No. 07-CIV-9515-BSJ<br><br>Judge Barbara S. Jones<br>Magistrate Judge Kevin N. Fox |

## ENTRY OF APPEARANCE

Please enter my appearance on behalf of Defendants Colgate-Palmolive Company Employees' Retirement Income Plan and Colgate-Palmolive Company in the above-captioned action.

 

/s/ Theresa Chung
Theresa Chung, Esquire (TC3200)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000
(212) 309-6001 (fax)
tchung@morganlewis.com

Dated: November 8, 2007

Counsel for Defendants
Colgate-Palmolive Company Employees'
Retirement Income Plan and Colgate-Palmolive
Company

-2-

## CERTIFICATE OF SERVICE

       I hereby certify that on November 8, 2007, a copy of the foregoing Entry of Appearance was filed electronically on the Court's electronic filing system, and also was mailed, by first class U.S. mail, postage prepaid, and properly addressed to the following:

       Edgar Pauk (EP 1039)
       144 East 44th Street, Suite 600
       New York, New York 10017

       Joseph H. Meltzer
       Edward W. Ciolko
       Joseph A. Weeden
       SCHIFFRIN BARROWAY
       TOPAZ & KESSLER, LLP
       280 King of Prussia Road
       Radnor, Pennsylvania 19087

       *Attorneys for Plaintiffs*
       *Shari Proesel and Pamela Hosie*

       /s/Theresa J. Chung
       Theresa J. Chung (TC3200)

-2-
**Error! Unknown document property name.**