IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARI PROESEL, and<br>PAMELA HOSIE, et al.<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>COLGATE-PALMOLIVE COMPANY<br>EMPLOYEES' RETIREMENT INCOME<br>PLAN, COLGATE-PALMOLIVE<br>COMPANY, as Plan Administrator,<br><br>　　　　　　　　　　Defendants. | Case No.  07-CIV-9515-BSJ<br><br>Judge Barbara S. Jones<br>Magistrate Judge Kevin N. Fox |

**JOINT STIPULATION EXTENDING DEFENDANTS'**
**TIME TO ANSWER, MOVE OR OTHERWISE RESPOND**

IT IS HEREBY STIPULATED AND AGREED this November 12, 2007, by and between the parties in this matter, that the time for Defendants Colgate-Palmolive Company Employees' Retirement Income Plan and Colgate-Palmolive Company (hereafter "Defendants") to answer, move, or otherwise respond to the Plaintiffs' Complaint is extended 60 days, until Monday, January 21, 2008, in order to accommodate holiday schedules, as well as to allow for discussions by the parties about the issues in dispute. The original date to answer, move, or otherwise respond to the Plaintiffs' Complaint was November 20, 2007. The parties state that no prior extensions of time have been sought or granted.

STIPULATED AND AGREED:

| | |
|---|---|
| /s/Edgar Pauk_____<br>Edgar Pauk (EP 1039)<br>144 East 44th Street, Suite 600<br>New York, New York 10017<br>(212) 983-4000<br><br>Joseph H. Meltzer<br>Edward W. Ciolko<br>Joseph A. Weeden<br>SCHIFFRIN BARROWAY | /s/Theresa J. Chung_____<br>Theresa J. Chung (TC3200)<br>MORGAN, LEWIS & BOCKIUS LLP<br>101 Park Avenue<br>New York, New York 10178-0060<br>(212) 309-6000<br>(212) 309-6001 (fax)<br><br>Attorneys for Defendants<br>Colgate-Palmolive Company Employees' |

TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
(610) 667-7056 (fax)

Attorneys for Plaintiffs
Shari Proesel and Pamela Hosie

Date: November 12, 2007

Retirement Income Plan and Colgate-Palmolive Company

Date: November 12, 2007


SO ORDERED:

_____
BARBARA S. JONES
United States District Judge

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2007, a copy of the foregoing Joint Stipulation Extending Defendants' Time To Answer, Move Or Otherwise Respond was filed electronically on the Court's electronic filing system, and also was mailed, by first class U.S. mail, postage prepaid, and properly addressed to the following:

>Edgar Pauk (EP 1039)
>144 East 44th Street, Suite 600
>New York, New York 10017
>
>Joseph H. Meltzer
>Edward W. Ciolko
>Joseph A. Weeden
>SCHIFFRIN BARROWAY
>TOPAZ & KESSLER, LLP
>280 King of Prussia Road
>Radnor, Pennsylvania 19087
>
>*Attorneys for Plaintiffs*
>*Shari Proesel and Pamela Hosie*

                                    /s/Theresa J. Chung
                                    Theresa J. Chung (TC3200)