IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SHARI PROESEL, and
PAMELA HOSIE, et al.

        Plaintiffs,

vs.

COLGATE-PALMOLIVE COMPANY
EMPLOYEES' RETIREMENT INCOME
PLAN, COLGATE-PALMOLIVE
COMPANY, as Plan Administrator,

        Defendants.

Case No. 07-CIV-9515-BSJ

Judge Barbara S. Jones
Magistrate Judge Kevin N. Fox

## JOINT STIPULATION EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND

IT IS HEREBY STIPULATED AND AGREED this November 12, 2007, by and between the parties in this matter, that the time for Defendants Colgate-Palmolive Company Employees' Retirement Income Plan and Colgate-Palmolive Company (hereafter "Defendants") to answer, move, or otherwise respond to the Plaintiffs' Complaint is extended 60 days, until Monday, January 21, 2008, in order to accommodate holiday schedules, as well as to allow for discussions by the parties about the issues in dispute. The original date to answer, move, or otherwise respond to the Plaintiffs' Complaint was November 20, 2007. The parties state that no prior extensions of time have been sought or granted.

STIPULATED AND AGREED:

/s/Edgar Pauk
Edgar Pauk (EP 1039)
144 East 44th Street, Suite 600
New York, New York 10017
(212) 983-4000

Joseph H. Meltzer
Edward W. Ciolko
Joseph A. Weeden
SCHIFFRIN BARROWAY

/s/Theresa J. Chung
Theresa J. Chung (TC3200)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178-0060
(212) 309-6000
(212) 309-6001 (fax)

Attorneys for Defendants
Colgate-Palmolive Company Employees'



TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087
(610) 667-7706
(610) 667-7056 (fax)

Attorneys for Plaintiffs
Shari Proesel and Pamela Hosie

Date: November 12, 2007

Retirement Income Plan and Colgate-Palmolive Company

Date: November 12, 2007

SO ORDERED:

_____
BARBARA S. JONES
United States District Judge

11/28/07