UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARI PROESEL and PAMELA HOSIE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COLGATE-PALMOLIVE COMPANY EMPLOYEE RETIREMENT INCOME PLAN, COLGATE-PALMOLIVE COMPANY, as Plan Administrator,<br><br>Defendants. | Civil Action No. 07 CIV 9515 (BSJ-KNF) |

### FED. R. CIV. P. 41 PLAINTIFFS' NOTICE OF DISMISSAL OF PLAINTIFF PROESEL

Plaintiffs in the above-captioned action hereby file this Notice of Dismissal, by and through their undersigned counsel, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. This Notice of Dismissal applies only to Plaintiff Proesel and is without prejudice. Plaintiff Hosie continues to prosecute this case on behalf of herself and the proposed class.

Dated: January 3, 2008

Respectfully submitted,

EDGAR PAUK (EP 1039)
144 East 44th Street, Suite 600
New York, New York 10017
(212) 983-4000

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, a copy of the foregoing Plaintiffs' Notice Of Dismissal of Plaintiff Proesel was mailed to all counsel of record:

_____
EDGAR PAUK

Jeremy Blumenfeld
Theresa J. Chung, Esquire
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103