IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 1/11/08 dc

SHARI PROESEL and PAMELA HOSIE, et al.

       Plaintiffs,

vs.

COLGATE-PALMOLIVE COMPANY EMPLOYEES' RETIREMENT INCOME PLAN, COLGATE-PALMOLIVE COMPANY, as Plan Administrator,

       Defendants.

Case No. 07-CIV-9515-BSJ

Judge Barbara S. Jones
Magistrate Judge Kevin N. Fox

## ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Theresa J. Chung attorney for Defendants Colgate-Palmolive Employees' Retirement Income Plan and Colgate-Palmolive Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Joseph J. Costello
    MORGAN, LEWIS & BOCKIUS LLP
    101 Park Avenue
    New York, NY 10178
    Telephone: (212) 309-6000
    Facsimile: (212) 309-6001
    jcostello@morganlewis.com

is admitted to practice *pro hac vice* as counsel for Colgate-Palmolive Employees' Retirement Income Plan and Colgate-Palmolive Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro*

*hac vice* fee to the Clerk of Court.

_____, U.S.D.J.
Honorable
United States District Court
for the Southern District of New York

1/11/08