**IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
... ... ...LY FILED
...
...            1/11/08
```

| | |
|---|---|
| SHARI PROESEL and PAMELA HOSIE, et al.<br><br>                              Plaintiffs,<br><br>   vs.<br><br>COLGATE-PALMOLIVE COMPANY EMPLOYEES' RETIREMENT INCOME PLAN, COLGATE-PALMOLIVE COMPANY, as Plan Administrator,<br><br>                              Defendants. | Case No. 07-CIV-9515-BSJ<br><br>Judge Barbara S. Jones<br>Magistrate Judge Kevin N. Fox |

### ORDER GRANTING ADMISSION TO PRACTICE *PRO HAC VICE*

Upon the motion of Theresa J. Chung attorney for Colgate-Palmolive Employees' Retirement Income Plan and Colgate-Palmolive Company and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

> Jeremy P. Blumenfeld
> MORGAN LEWIS & BOCKIUS LLP
> 101 Park Avenue
> New York, NY 10178
> Telephone: (212) 309-6000
> Facsimile: (212) 309-6001
> jblumenfeld@morganlewis.com

is admitted to practice *pro hac vice* as counsel for Colgate-Palmolive Employees' Retirement Income Plan and Colgate-Palmolive Company in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall

immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

_____
Honorable _____, U.S.D.J.
United States District Court
for the Southern District of New York

1/11/08