IN THE UNITED STATES DISTRICT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARI PROESEL AND PAMELA HOSIE, et al.<br><br>         Plaintiffs,<br><br>  vs.<br><br>COLGATE-PALMOLIVE COMPANY EMPLOYEES' RETIREMENT INCOME PLAN, COLGATE-PALMOLIVE COMPANY, as Plan Administrator,<br><br>         Defendants. | Case No.  07-CIV-9515-BSJ-KNF<br><br>Judge Barbara S. Jones<br>Magistrate Judge Kevin N. Fox |

## DEFENDANTS' NOTICE OF MOTION AND MOTION FOR TRANSFER OF VENUE TO THE SOUTHERN DISTRICT OF INDIANA

PLEASE TAKE NOTICE that Defendants Colgate-Palmolive Company Employees' Retirement Income Plan ("the Plan") and Colgate-Palmolive Company ("Colgate") (collectively "Defendants"), upon the accompanying Memorandum of Law in Support of Defendants' Motion for Transfer of Venue, will move this Court, before the Honorable Barbara S. Jones, in the United States District Court, at the Daniel Patrick Moynihan Courthouse, 500 Pearl St., Courtroom 18B, New York, NY 10007, on a date and at a time to be designated by the Court, for an Order granting Defendants' Motion for Transfer of Venue to the United States District Court for the Southern District of Indiana.

## MOTION

Defendants respectfully request that the Court transfer this case to the United States District Court for the Southern District of Indiana for the reasons set forth in Defendants'

-2-

memorandum of law, filed contemporaneously herewith.

Dated:  January 15, 2008                    /s/Theresa J. Chung
                                                Joseph J. Costello*
                                                Jeremy P. Blumenfeld*
                                                Theresa J. Chung (TC3200)
                                                MORGAN, LEWIS & BOCKIUS LLP
                                                101 Park Avenue
                                                New York, New York 10178-0060
                                                (212) 309-6000
                                                (212) 309-6001 (fax)

                                                Attorneys for Defendants Colgate-Palmolive
                                                Company Employees' Retirement Income Plan and
                                                Colgate-Palmolive Company

                                                * Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2008, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, and served via U.S. First Class mail to the following counsel and parties:

>Edgar Pauk (EP 1039)
>144 East 44th Street, Suite 600
>New York, New York 10017
>
>Joseph H. Meltzer
>Edward W. Ciolko
>Joseph A. Weeden
>SCHIFFRIN BARROWAY
>TOPAZ & KESSLER, LLP
>280 King of Prussia Road
>Radnor, Pennsylvania 19087
>
>*Attorneys for Plaintiff Pamela Hosie*

>/s/Theresa J. Chung
>Theresa J. Chung (TC3200)