**IN THE UNITED STATES DISTRICT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SHARI PROESEL AND PAMELA HOSIE, et al.<br><br>                              Plaintiffs,<br>        vs.<br><br>COLGATE-PALMOLIVE COMPANY EMPLOYEES' RETIREMENT INCOME PLAN, COLGATE-PALMOLIVE COMPANY, as Plan Administrator,<br><br>                              Defendants. | Case No.  07-CIV-9515-BSJ-KNF<br><br>Judge Barbara S. Jones<br>Magistrate Judge Kevin N. Fox |

**ORDER GRANTING DEFENDANTS' MOTION FOR TRANSFER OF VENUE**
**TO THE SOUTHERN DISTRICT OF INDIANA**

This Court, having considered the Motion To Transfer Venue To The Southern District Of Indiana of Defendants Colgate-Palmolive Company Employees' Retirement Income Plan ("the Plan") and Colgate-Palmolive Company ("Colgate") (collectively "Defendants"), and being duly advised of its premises, now finds that the motion should be and is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the above-captioned case be transferred to the United States District Court for the Southern District of Indiana.


Dated:_____        _____
                                                                  JUDGE