# IN THE UNITED STATES DISTRICT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHARI PROESEL, and<br>PAMELA HOSIE, et al.<br><br>                              Plaintiffs,<br><br>vs.<br><br>COLGATE-PALMOLIVE COMPANY<br>EMPLOYEES' RETIREMENT INCOME<br>PLAN, COLGATE-PALMOLIVE<br>COMPANY, as Plan Administrator,<br><br>                              Defendants. | Case No.  07-CIV-9515-BSJ-KNF<br><br>Judge Barbara S. Jones<br>Magistrate Judge Kevin N. Fox<br><br>ELECTRONICALLY FILED |

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a), the undersigned attorneys of record for Defendants Colgate-Palmolive Company and Colgate-Palmolive Company Employees' Retirement Income Plan certify that Colgate-Palmolive Company has no parent corporations and that no publicly-held company or investment fund holds a 10% or more ownership interest in the Colgate-Palmolive Company.  Colgate-Palmolive Company Employees' Retirement Income Plan has no parent corporations, and no publicly-held company or investment fund holds a 10% or more ownership interest in the Colgate-Palmolive Company Employees' Retirement Income Plan.

Dated:  January 16, 2008                    Respectfully submitted,

                                            /s/Theresa J. Chung
                                            Joseph J. Costello*
                                            Jeremy P. Blumenfeld*
                                            Theresa J. Chung (TC3200)
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            101 Park Avenue

New York, New York 10178-0060
(212) 309-6000
(212) 309-6001 (fax)

Attorneys for Defendants Colgate-Palmolive
Company Employees' Retirement Income Plan and
Colgate-Palmolive Company

* Admitted *pro hac vice*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2008, I caused the foregoing Defendants' Corporate Disclosure Statement to be electronically filed with the Clerk of the Court using the CM/ECF system, and served via U.S. First Class mail to the following counsel and parties:

>Edgar Pauk (EP 1039)
>144 East 44th Street, Suite 600
>New York, New York 10017
>
>Joseph H. Meltzer
>Edward W. Ciolko
>Joseph A. Weeden
>SCHIFFRIN BARROWAY
>TOPAZ & KESSLER, LLP
>280 King of Prussia Road
>Radnor, Pennsylvania 19087
>
>*Attorneys for Plaintiff Pamela Hosie*

>/s/Theresa J. Chung
>Theresa J. Chung (TC3200)