USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/29/08 dc

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAMELA HOSIE, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Civil Action No.  07 CIV 9515 (BSJ-KNF) ) ) |
| v. | ) ) ) |
| COLGATE-PALMOLIVE COMPANY EMPLOYEE RETIREMENT INCOME PLAN, COLGATE-PALMOLIVE COMPANY, as Plan Administrator, | ) **Judge Barbara S. Jones** ) **Magistrate Judge Kevin N. Fox** ) ) ) ) |
| Defendants. | ) |

## JOINT REQUEST FOR EXTENSION OF TIME FOR BRIEFING REGARDING MOTION TO TRANSFER VENUE

WHEREAS, on January 15, 2008, Defendants Colgate-Palmolive Company Employees'

Retirement Income Plan and Colgate-Palmolive Company ("Defendants") filed a Motion for

Transfer of Venue to the Southern District of Indiana ("Transfer Motion");

WHEREAS, Plaintiff Pamela Hosie's ("Plaintiff") response to the Transfer Motion is due

on or before February 4, 2008;

WHEREAS, the parties have conferred and Defendants have consented to granting

Plaintiff additional time in which to file her response to the Transfer Motion;

WHEREAS, Plaintiff has also agreed to grant Defendants a reciprocal amount of time in

which to file a reply in support of the Transfer Motion;

WHEREAS, the parties believe that both the Court and the parties will be aided by

allowing Plaintiff additional time to file her response to Defendants' Transfer Motion;

WHEREAS, the parties state that no prior extensions of time have been sought or granted

with regard to the response to the Transfer Motion and/or the reply in support of the Transfer

Motion;

NOW, THEREFORE, Plaintiff and Defendants stipulate that the briefing schedule for the

Transfer Motion shall be slightly modified as follows:

| Current Deadline | Revised Deadline | Event |
|---|---|---|
| 2/4/2008 | 2/21/2008 | Response to Defendants' Motion for Transfer of Venue |
| 2/14/2008 | 3/13/2008 | Reply in Support of Defendants' Motion for Transfer of Venue |

Dated:  January 28, 2008

**EDGAR PAUK, ESQ**

By:

Edgar Pauk (EP 1039)
144 East 44th Street, Suite 600
New York, New York 10017
(212) 983-4000

**SCHIFFRIN BARROWAY
TOPAZ & KESSLER, LLP**
Joseph H. Meltzer
Edward W. Ciolko
Mark K. Gyandoh
Joseph A. Weeden
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

*Attorneys for Plaintiffs*

**MORGAN, LEWIS & BOCKIUS LLP**

By:
Joseph J. Costello, admitted *pro hac vice*
Jeremy P. Blumenfeld, admitted *pro hac vice*
Theresa J. Chung (TC3200)
101 Park Avenue
New York, NY 10178-0060
Telephone:  (212) 309-6000
Facsimile:  (212) 309-6001

*Attorneys for Defendants*

2

SO ORDERED:

_____

Honorable Barbara S. Jones
United States District Judge

1/28/08

3