UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/16/08

| | |
|---|---|
| SHARI PROESEL and PAMELA HOSIE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> COLGATE-PALMOLIVE COMPANY EMPLOYEE RETIREMENT INCOME PLAN, COLGATE-PALMOLIVE COMPANY, as Plan Administrator, <br><br> Defendants | Civ. No. 07-9515 (BSJ) <br><br> **ORDER FOR ADMISSION *PRO HAC VICE* ON WRITTEN MOTION** |

Upon the Motion of Edgar Pauk, attorney for Pamela Hosie, and proposed class counsel for the putative class, and said sponsor attorney's affidavit in support:

IT IS HEREBY ORDERED that

Joseph H. Meltzer, Edward W. Ciolko, Mark K. Gyandoh and Joseph A. Weeden, of Schiffrin Barroway Topaz & Kessler, LLP, 280 King of Prussia Road, Radnor, PA 19087, (610) 667-7706 / (610) 667-7056 are admitted to practice *pro hac vice* as counsel for Pamela Hosie, and proposed class counsel for the putative class, in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: __April 16, 2008__

_____
United States District/Magistrate Judge