```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
PAMELA HOSIE,                                          :
Individually and on behalf of all others               :
similarly situated,                                    :
                                                       :  07 Civ. 9515 (BSJ) (KNF)
                                      Plaintiff,       :
                                                       :
              - against -                              :
                                                       :
COLGATE-PALMOLIVE COMPANY                              :
EMPLOYEE RETIREMENT INCOME                             :
PLAN, COLGATE-PALMOLIVE                                :
COMPANY, as Plan Administrator,                        :
                                                       :
                                      Defendants.      :
-------------------------------------------------------x
```

[Additional captions follow]

**DECLARATION OF EDWARD W. CIOLKO IN SUPPORT OF MOTION BY PLAINTIFFS PAMELA HOSIE, PAUL CAUFIELD, PAUL ABELMAN, VALERIE R. NUTTER, WARREN JEMMOTT, SUSAN BYRD, ADRIANA VASQUEZ AND CORA NELSON-MANLEY TO: CONSOLIDATE ERISA ACTIONS; APPOINT INTERIM CO-LEAD CLASS COUNSEL; AND FOR ENTRY OF PRETRIAL ORDER NO. 1**

```
-----------------------------------------------------------x
PAUL CAUFIELD,                                             :
Individually and on behalf of all others                   :
similarly situated,                                        :
                                                           :  08 Civ. 3316 (BSJ) (KNF)
                              Plaintiff,                   :
                                                           :
        - against -                                        :
                                                           :
COLGATE-PALMOLIVE COMPANY                                  :
EMPLOYEES' RETIREMENT INCOME                               :
PLAN                                                       :
                              Defendant.                   :
-----------------------------------------------------------x
-----------------------------------------------------------x
PAUL ABELMAN, et al.                                       :
Individually and on behalf of all others                   :
similarly situated,                                        :
                                                           :  08 Civ. 3317 (BSJ) (KNF)
                              Plaintiffs,                  :
                                                           :
        - against -                                        :
                                                           :
COLGATE-PALMOLIVE COMPANY, and                             :
COLGATE-PALMOLIVE COMPANY                                  :
EMPLOYEES' RETIREMENT INCOME                               :
PLAN, et al.,                                              :
                              Defendants.                  :
-----------------------------------------------------------x
```

I, Edward W. Ciolko, declare:

1.  I am a partner at Schiffrin Barroway Topaz & Kessler, LLP ("SBTK"), counsel of record for Pamela Hosie. I make this declaration in support of the Motion by Plaintiffs Pamela Hosie, Paul Caufield, Paul Abelman, Valerie R. Nutter, Warren Jemmott, Susan Byrd, Adriana Vasquez and Cora Nelson-Manley to: Consolidate ERISA Actions; Appoint Interim Co-Lead Class Counsel; and for Entry of Pretrial Order No. 1.

2.  Attached hereto as Exhibit A is a true and correct copy of the lead counsel appointment order in *In re Polaroid ERISA Litig.,* No. 04-8335 (S.D.N.Y. Mar. 5, 2004).

3.  Attached hereto as Exhibit B is a true and correct copy of the lead counsel appointment order *In re WorldCom, Inc. ERISA Litig.*, No. 02-CV-4816 (S.D.N.Y. Nov. 18, 2002).

4.  Attached hereto as Exhibit C is a true and correct copy of the firm biography of SBTK.

5.  Attached hereto as Exhibit D is a true and correct copy of the firm biography of Korein Tillery, LLC.

6.  Attached hereto as Exhibit E is a true and correct copy of the firm biography of Edgar Pauk, Esq.

7.  Attached hereto as Exhibit F is a true and correct copy of the firm biography of Gottesdiener Law Firm, PLLC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 20, 2008.        /s/ Edward W. Ciolko
                                        Edward W. Ciolko