# EXHIBIT E

CURRICULUM VITAE

EDGAR PAUK
144 East 44th Street, Suite 600
New York, New York 10017
Tel  (212) 983-4000
Fax  (212) 808-9808

EDUCATION:          B.A. University of Pennsylvania, 1960;
                    L.L.B. Yale Law School, 1963;
                    Ph.D. Yale Graduate School, 1970.

LEGAL EXPERIENCE:

Since May 1999: Offices of Edgar Pauk, Esq., specializing in litigating violations of ERISA's minimum accrual standards in defined benefit plans on behalf of participants and beneficiaries.

Founder and former Director of The New York Pension Hotline, one of ten Pension Demonstration Projects financed by the U.S. Administration on Aging.  The Hotline provided free legal advice on pensions issues to New York State residents.

1980 to May 1999: Legal Services for the Elderly Poor:  Deputy Director and Senior Attorney, specializing in ERISA litigation, and providing ERISA training and support to other Legal Services and Legal Aid programs in New York City.

1976 to 1980: Layton and Sherman: Commercial litigation and international arbitration.


PROFESSIONAL EXPERIENCE:

- U.S. Department of Labor Advisory Council on Employee Welfare and Pension Benefit Plans
  (1989-1992);
- New York City Bar Association: Committees, Legal Assistance, Employee Benefits,
  Administrative Law, and Provision of Legal Services to Persons of Moderate Means;
- National Pension Assistance Project Lawyers Advisory Committee, Pension Rights Center;
- National Employment Lawyers' Association, ERISA Committee;
- ABA, Labor Section, Employee Benefits Committee.

LEGAL PUBLICATIONS:

- "ERISA and the Unlawful 'Backloading' of Pension Benefits", Clearinghouse Review, Sept-Oct
  1997, pp. 228-232;
- "When Does the Statute of Limitations for Article 78 Special Proceedings Begin to Run? A

Proposed Amendment to CPLR § 217", The Record, June 1990, pp. 661-669 (for the
Committee on Administrative Law of the Association of the Bar of the City of New York);
- "Firestone v Bruch and the 'Colorable Claim' Requirement: The Right of Former Participants
  and their Beneficiaries to Plan Information and Documents", The Record, March 1991,
  pp.181-188 (for the Committee on Employee Benefits of the Assoc of the Bar).

TESTIMONY

- Invited to testify in 1997 before the Senate Committee on Aging regarding the obstacles
  standing in the way of many retirees's obtaining their pensions;
- Invited to testify before the US Department of Labor's ERISA Advisory Council on pension
  information and disclosure issues;
- Invited to testify in 1992 before the Subcommittee On Retirement Income And Employment,
  House Select Committee On Aging, regarding problems encountered by retirees in obtaining
  assistance with their pension problems.  Provided extensive written recommendations for
  systemic changes.

OTHER PROFESSIONAL EXPERIENCE:

- Taught, Yale College and Queens College, City University of New York;
- Fulbright Scholar to Spain;
- V.P. for Senior Colleges, and Chairman of Grievance Committee, United Federation of College
  Teachers, AFL-CIO 1460, City University of New York; participated in all phases of collective
  bargaining between the faculty and the New York City Board of Higher Education.

LANGUAGES:  Italian, Spanish, French, German.

August 2008