```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE COLGATE-PALMOLIVE CO. ERISA LITIGATION <br><br> THIS DOCUMENT RELATES TO: ALL ACTIONS | Master File No. 07-cv-9515 <br><br> ORDER |

LORNA G. SCHOFIELD, United States District Judge:

Upon consideration of the parties' July 3, 2013, joint status report regarding a proposed schedule for the filing of preliminary approval papers, including a settlement agreement it is

**ORDERED:**

1. Plaintiffs shall file a motion for preliminary approval of the parties' proposed settlement agreement ("Motion for Preliminary Approval") on or before July 29, 2013.

2. Plaintiffs are granted leave to file a memorandum in support of the Motion for Preliminary Approval not in excess of thirty (30) pages. Further, Plaintiffs are granted leave to submit exhibits in support of the Motion for Preliminary Approval in excess of fifteen (15) pages.

3. If additional time is required to file the Motion for Preliminary Approval for the reasons stated in the joint status report, the parties shall request an extension by letter submission to the court on or before July 12, 2013.

SO ORDERED.

Dated: July 8, 2013

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE