UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE COLGATE-PALMOLIVE CO. ERISA LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Master File No. 07-cv-9515 |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum In Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Class Certification and Appointment of Class Counsel, the undersigned will move before the Honorable Lorna G. Schofield of the United States District Court for the Southern District of New York, at the United States District Courthouse for the Southern District of New York, Thurgood Marshall U.S. Courthouse, located at 40 Foley Square, Courtroom 1106, New York, NY 10007, at a time and place to be scheduled by this Court, for an order in accordance with FED. R. CIV. P. 23(e), preliminarily approving the settlement of this action as embodied in the parties' Settlement Agreement ("Agreement")[1] dated October 9, 2013 (attached hereto as Exhibit A), certifying the proposed Classes, appointing Plaintiffs and their counsel as Class representatives and Class Counsel respectively, approving the proposed Notice to the Classes (attached hereto as Exhibit B), and scheduling a fairness hearing at which final approval will be considered.

A [Proposed] Order is attached hereto as Exhibit C.

Defense counsel have authorized undersigned counsel to represent that Defendant does not oppose the relief requested in this motion.

---

[1] All capitalized terms not otherwise defined in this Motion shall have the same meaning as ascribed to them in the Settlement Agreement.

As detailed in the accompanying Memorandum, the Court should preliminarily approve the proposed $45.9 million Settlement because the proposed resolution was the product of arm's-length negotiations, is fair, reasonable, and adequate, and is within the range of possible final approval by this Court.  In addition, the Court should certify the agreed-to settlement Classes, appoint the Plaintiffs as Class representatives, appoint their attorneys as Class Counsel, and approve the forms of proposed Notice, and schedule the hearing on final approval of the Settlement.

WHEREFORE, for the reasons stated and such other reasons as may appear to the Court, Plaintiffs respectfully request that the Court grant the instant unopposed motion.

Dated:  October 9, 2013					Respectfully submitted,

/s/ Mark K. Gyandoh_____
KESSLER TOPAZ MELTZER & CHECK, LLP
Edward W. Ciolko (admitted *pro hac vice*)
Mark K. Gyandoh (admitted *pro hac vice*)
280 King of Prussia Road
Radnor, Pennsylvania  19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

KOREIN TILLERY LLC
Douglas R. Sprong (admitted *pro hac vice*)
505 N. Seventh St., Suite 3600
St. Louis, MO  63101
Telephone: (314) 241-4844
Facsimile: (314) 588-7036

LAW OFFICE OF EDGAR PAUK
Edgar Pauk
1066 Union Street
Brooklyn, NY 11225
Telephone: (718) 399-2023

GOTTESDIENER LAW FIRM, PLLC
Eli Gottesdiener [EG 0111]
498 7th Street
Brooklyn, New York 11215
Telephone: (718) 788-1500
Facsimile: (718) 788-1650

*Counsel for Plaintiffs and the Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of October, 2013, I cause a true and correct copy of the foregoing document to be filed and served via the Court's Electronic Filing System.

      *s/ Mark K. Gyandoh*
      Mark K. Gyandoh