**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/08/14

IN RE COLGATE-PALMOLIVE CO.
ERISA LITIGATION

**Master File No. 07-cv-9515**

THIS DOCUMENT RELATES TO:
ALL ACTIONS

[~~PROPOSED~~] **ORDER**

It is hereby ORDERED that Defendant Colgate-Palmolive Company Employees'

Retirement Income Plan's Motion to Sanction Attorney Eli Gottesdiener for violating the Court's

Confidentiality Order is GRANTED.  The Court finds that the information used by Mr.

Gottesdiener was Confidential Material under the Confidentiality Order and that his use of that

information violated the Confidentiality Order.  (Dkt. No. 67).  Mr. Gottesdiener is hereby

ORDERED to pay Defendant's attorney's fees that were incurred in filing its Motion in the

amount of ~~$18,675.93.~~  $5,000

SO ORDERED this __8th__ day of __July____, 2014.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE